

# NUMBER 13-21-00256-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF J.M.B., R.P.B., III, AND I.V.B. CHILDREN

**On appeal from the 214th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

Appellant, Ruben P. Bahena, attempted to perfect an appeal from a notice of non-suit entered by the 214th District Court in Nueces County, Texas, in cause no. 2015-FAM-2130-F. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not

corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id*. Accordingly, the appeal is dismissed for want of jurisdiction.  *See id*. 42.3(a),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
14th day of October, 2021.